

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00228-CV

In the Interest of **T.N.J.J.**, D.J., and B.B.M., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02673
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. No costs are assessed against appellant because he qualifies as indigent. *See* TEX. R. APP. P. 20.1.

SIGNED November 27, 2019.

_____
Irene Rios, Justice